IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Carlotta Burress | ) | |
| SSN: XXX-XX-2002 | ) | Case No. 21-81934-CRJ-13 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## DEBTORS' NOTICE TO CONVERT CASE TO CHAPTER 7

The Debtor, Carlotta Burress, pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-styled case under Chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert her case as:

1. Debtor's original case, 21-81934, filed on November 9, 2021, is a case under Chapter 13 of the Bankruptcy Code.

2. The Debtor Carlotta Burress is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

3. The Debtor will file amended schedules as needed.

*Carlotta Burress*
Carlotta Burress

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtors

OF COUNSEL:
Larsen Law, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008
John@JLarsenLaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above and foregoing Notice to Convert Case has been served on all the creditors listed on the attached matrix by U.S. mail postage prepaid and properly addressed and on Michele Hatcher, Chapter 13 Trustee, electronically on this the 2 day of January, 2024.

/s/ John C. Larsen
OF COUNSEL

```
abel Matrix for local noticing          U. S. Bankruptcy Court           Ad Astra Recovery
126-8                                   400 Well Street                  7330 West 33rd Street North
ase 21-81934-CRJ13                      P. O. Box 2775                   Suite 118
ORTHERN DISTRICT OF ALABAMA             Decatur, AL 35602-2775           Wichita, KS 67205-9370
ecatur
ue Jan  2 15:20:22 CST 2024

dvance Financial 24/7                   Arlington Dentistry              Credence Resource Management, LLC
009 Huntsville Hwy                      119 Arlington Dr.                Attn: Bankruptcy
ayetteville, TN 37334                   Madison, AL 35758-1774           4222 Trinity Mills Road Suite 260
                                                                         Dallas, TX 75287-7666


redit Central                           Credit One Bank                  First Premier Bank
00 E North St.                          6801 S. Cimarron Rd.             Attn: Bankruptcy
te 15                                   Las Vegas, NV 89113-2273         Po Box 5524
reenville, SC 29601-3013                                                 Sioux Falls, SD 57117-5524


arpeth Financial Services, LLC          Huntsville Loans                 I C System
00 Oceanside Dr.                        1004 Jordan Ln NW Ste 5          Attn: Bankruptcy
ashville, TN 37204-2351                 Huntsville, AL 35816-3025        444 Highway 96 East
                                                                         Saint Paul, MN 55127-2557


 C System Inc                           Internal Revenue Service         LVNV Funding, LLC
  Box 64378                             P.O Box 7346                     Resurgent Capital Services
aint Paul, MN 55164-0378                Philadelphia, PA 19101-7346      PO Box 10587
                                                                         Greenville, SC 29603-0587


iberty Finance                          (p)FIRST SOUTHERN SERVICES       OppLoans
35 Hwy 72 W Ste C                       PO BOX 1727                      One Prudential Plaza
thens, AL 35611-4192                    PELHAM AL 35124-5727             130 E Randolph St, Suite 3400
                                                                         Chicago, IL 60601-6379


NC Bank                                 Pinnacle Service Solutions LLC   Premier Bankcard, LLC
927 First Avenue N                      4808 Lakeshore Rd #247           Jefferson Capital Systems LLC Assignee
irmingham, AL 35203-4033                Blasdell, NY 14219               Po Box 7999
                                                                         Saint Cloud MN 56302-7999


remier Bankcard/First Premier           Resurgent Capital Services       Resurgent Capital Services
01 S Minnesota Ave                      Attn: Bankruptcy                 P.O Box 1269
ioux Falls, SD 57104-4824               Po Box 10497                     Greenville, SC 29602-1269
                                        Greenville, SC 29603-0497


peedy/Rapid Cash                        (p)SPRING OAKS CAPITAL   LLC    TRUIST
.O. Box 780408                          1400 CROSSWAYS BLVD STE 100B     P O BOX 1847
ichita, KS 67278-0408                   CHESAPEAKE VA 23320-0207         WILSON NC 27894-1847


ebbank/Fingerhut                        Woodforest National Bank         World Fin
250 Ridgewood Rd.                       P.O. Box 7889                    Po Box 6429
aint Cloud, MN 56303-0820               Spring, TX 77387-7889            Greenville, SC 29606-6429
```

| orld Finance Corp. c/o World Acceptance Cor | World Finance Corporat | World Finance Corporation |
| --- | --- | --- |
| :tn: Bankruptcy Processing Center | Po Box 6429 | 104 S Main St. |
| ) Box 6429 | Greenville, SC 29606-6429 | Greenville, SC 29601-2711 |
| reenville, SC 29606-6429 | | |

| arlotta Burress | John C. Larsen | Michele T. Hatcher |
| --- | --- | --- |
| 28 B Westcott Dr. | Larsen Law, P.C. | Chapter 13 Trustee |
| adison, AL 35758-1964 | 1733 Winchester Rd | P.O. Box 2388 |
| | Huntsville, AL 35811-9190 | Decatur, AL 35602-2388 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| agnolia Finance | (d)Midtown Finance | (d)Midtown Finance |
| --- | --- | --- |
| )04 Jordan Lane NW #5 | 1004 Jordan Ln. NW #3 | 1022 A Jordan Lane |
| intsville, AL 35816 | Huntsville, AL 35816 | Huntsville, AL 35816 |

| d)Midwest Finance | Spring Oaks Capital, Llc | End of Label Matrix |
| --- | --- | --- |
| :tn: Bankruptcy | Attn: Bankruptcy | Mailable recipients     35 |
| )22 A Jordan Lane Nw | P.O. Box 1216 | Bypassed recipients      0 |
| intsville, AL 35816 | Chesapeake, VA 23327 | Total                   35 |