United States Bankruptcy Court

Northern District of Alabama

In re:  
Carlotta Burress  
    Debtor

Case No. 21-81934-CRJ  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1126-8      User: admin      Page 1 of 3  
Date Rcvd: Jan 03, 2024      Form ID: 309A      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlotta Burress, 128 B Westcott Dr., Madison, AL 35758-1964 |
| tr | + | Brandon N Smith, 2700 Winchester Rd NE, Suite G, Huntsville, AL 35811-9230 |
| 10774937 | | Advance Financial 24/7, 1009 Huntsville Hwy, Fayetteville, TN 37334 |
| 10765299 | + | Arlington Dentistry, 119 Arlington Dr., Madison, AL 35758-1774 |
| 10774938 | + | Huntsville Loans, 1004 Jordan Ln NW Ste 5, Huntsville, AL 35816-3025 |
| 10798320 | | Pinnacle Service Solutions LLC, 4808 Lakeshore Rd #247, Blasdell, NY 14219 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: john@jlarsenlaw.com | Jan 04 2024 00:02:00 | John C. Larsen, Larsen Law, P.C., 1733 Winchester Rd, Huntsville, AL 35811 |
| tr | + | EDI: BBNSMITH | Jan 04 2024 04:39:00 | Brandon N Smith, 2700 Winchester Rd NE, Suite G, Huntsville, AL 35811-9230 |
| smg | + | Email/Text: bnc_notices_northern@alnba.uscourts.gov | Jan 04 2024 00:05:00 | Richard Blythe, BA Decatur, P O Box 3045, Decatur, AL 35602-3045 |
| 10765298 | + | Email/Text: bkinfo@ccfi.com | Jan 04 2024 00:04:00 | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 10765300 | + | Email/Text: bankruptcy@credencerm.com | Jan 04 2024 00:06:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 10765301 | + | Email/Text: bk@creditcentralllc.com | Jan 04 2024 00:06:00 | Credit Central, 700 E North St., Ste 15, Greenville, SC 29601-3013 |
| 10774939 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2024 00:21:23 | Credit One Bank, 6801 S. Cimarron Rd., Las Vegas, NV 89113-2273 |
| 10774934 | | Email/Text: bksl@firstsouthernservices.com | Jan 04 2024 00:04:00 | Magnolia Finance, 1004 Jordan Lane NW #5, Huntsville, AL 35816 |
| 10774933 | | Email/Text: bksl@firstsouthernservices.com | Jan 04 2024 00:04:00 | Midtown Finance, 1004 Jordan Ln. NW #3, Huntsville, AL 35816 |
| 10771234 | | Email/Text: bksl@firstsouthernservices.com | Jan 04 2024 00:04:00 | Midtown Finance, 1022 A Jordan Lane, Huntsville, AL 35816 |
| 10765306 | | Email/Text: bksl@firstsouthernservices.com | Jan 04 2024 00:04:00 | Midwest Finance, Attn: Bankruptcy, 1022 A Jordan Lane Nw, Huntsville, AL 35816 |
| 10765302 | + | EDI: AMINFOFP.COM | Jan 04 2024 04:39:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 10774932 | | Email/Text: bankruptcy@af247.com | Jan 04 2024 00:07:00 | Harpeth Financial Services, LLC, 100 Oceanside |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dr., Nashville, TN 37204-2351 |
| 10765303 | + | EDI: LCIICSYSTEM | Jan 04 2024 04:39:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 10765304 | + | EDI: LCIICSYSTEM | Jan 04 2024 04:39:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 10765297 | | EDI: IRS.COM | Jan 04 2024 04:39:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 10768269 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 00:10:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 10765305 | + | Email/Text: christie.wallace@wallacemgt.com | Jan 04 2024 00:06:00 | Liberty Finance, 885 Hwy 72 W Ste C, Athens, AL 35611-4192 |
| 10774941 | + | Email/Text: opportunitynotices@gmail.com | Jan 04 2024 00:06:00 | OppLoans, One Prudential Plaza, 130 E Randolph St, Suite 3400, Chicago, IL 60601-6379 |
| 10798945 | + | EDI: JEFFERSONCAP.COM | Jan 04 2024 04:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 10765307 | + | EDI: AMINFOFP.COM | Jan 04 2024 04:39:00 | Premier Bankcard/First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 10765309 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 00:10:30 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 10765308 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 00:11:00 | Resurgent Capital Services, P.O Box 1269, Greenville, SC 29602-1269 |
| 10765310 | | Email/Text: bankruptcy@springoakscapital.com | Jan 04 2024 00:03:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 10767551 | + | Email/Text: bkinfo@ccfi.com | Jan 04 2024 00:04:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 10803058 | + | Email/Text: bankruptcy@bbandt.com | Jan 04 2024 00:04:00 | TRUIST, P O BOX 1847, WILSON NC 27894-1847 |
| 10765311 | + | EDI: BLUESTEM | Jan 04 2024 04:39:00 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 10774935 | + | Email/Text: ebankruptcy@woodforest.com | Jan 04 2024 00:06:00 | Woodforest National Bank, P.O. Box 7889, Spring, TX 77387-7889 |
| 10765312 | + | Email/Text: bk@worldacceptance.com | Jan 04 2024 00:05:46 | World Fin, Po Box 6429, Greenville, SC 29606-6429 |
| 10770998 | + | Email/Text: bk@worldacceptance.com | Jan 04 2024 00:05:33 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |
| 10765313 | + | Email/Text: bk@worldacceptance.com | Jan 04 2024 00:05:45 | World Finance Corporat, Po Box 6429, Greenville, SC 29606-6429 |
| 10765314 | + | Email/Text: bk@worldacceptance.com | Jan 04 2024 00:05:45 | World Finance Corporation, 104 S Main St., Greenville, SC 29601-2711 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10774936 | *+ | Liberty Finance, 885 Hwy 72 W Ste C, Athens, AL 35611-4192 |
| 10803059 | *+ | TRUIST, P O BOX 1847, WILSON NC 27894-1847 |
| 10774940 | ##+ | PNC Bank, 1927 First Avenue N, Birmingham, AL 35203-4033 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brandon N Smith | brandonsmithtrustee@gmail.com  AL07@ecfcbis.com;brandonbk@ecf.courtdrive.com;cwhaleytrustee@gmail.com |
| John C. Larsen | on behalf of Debtor Carlotta Burress john@jlarsenlaw.com  lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Michele T. Hatcher | ecf@ch13decatur.com  treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Carlotta Burress<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2002 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | NORTHERN DISTRICT OF ALABAMA | Date case filed in chapter: | 13   11/9/21 |
| Case number: | 21–81934–CRJ7 | Date case converted to chapter: | 7   1/2/24 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carlotta Burress | |
| 2. | **All other names used in the last 8 years** | aka Carletta Burruss, aka Carlotta Burruss | |
| 3. | **Address** | 128 B Westcott Dr.<br>Madison, AL 35758 | |
| 4. | **Debtor's attorney**<br>Name and address | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 | Contact phone 256 859–3008<br>Email: john@jlarsenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Brandon N Smith<br>2700 Winchester Rd NE<br>Suite G<br>Huntsville, AL 35811 | Contact phone 256–533–5097 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 | Hours open: 8:00 a.m. – 4:00 p.m.<br>Monday–Friday<br>Contact phone 256–584–7900<br>Date: 1/3/24 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 16, 2024 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. DO NOT COME TO THE COURTHOUSE. This meeting will take place by telephone only until further notice. At least five minutes prior to the start of the meeting, dial the telephone number and enter the access code. There is no security code. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible from a quiet location. Do not use a speaker function or place the call on hold. Debtor(s) is encouraged to contact your attorney prior to the meeting for more information. | **Telephone Conference:** 877–336–1829 **Access Code:** 2434017# |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/16/24** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**